# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2017

Stephen J. Markman,
Chief Justice

155498(44)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

NORTH AMERICAN BROKERS, LLC, and
MARK RATLIFF,
      Plaintiffs-Appellees,

v

HOWELL PUBLIC SCHOOLS,
      Defendant-Appellant,
and

ST. JOHN PROVIDENCE,
      Defendant.
_____/

SC: 155498
COA: 330126
Livingston CC: 15-028669-CH

      On order of the Chief Justice, the motion of the Michigan Realtors to file a brief amicus curiae in support of the application for leave to appeal is GRANTED. The amicus brief submitted on October 12, 2017, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2017



Clerk